■ DEBORAH E. LAHITA, Respondent, v JOHN D. LAHITA, Appellant. [627 NYS2d 949] —Appeal by the defendant, as limited by his brief, from stated portions of a judgment of the Supreme Court, Nassau County (Wexner, J.), entered February 4, 1993.

Ordered that the judgment is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Wexner at the Supreme Court. Miller, J. P., Pizzuto, Joy and Friedmann, JJ., concur.